UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, <br> Plaintiffs, <br> v. <br> RONALD R. PINHEIRO and RICHARD A. PARI, <br> Defendants. | CIVIL ACTION NO. <br> **04 CV 40057 NMG** <br> Formerly: <br> Worcester Superior Court <br> C.A. No. 04-0340C |

## NOTICE OF SUBSTITUTION

Please take notice that pursuant to 28 U.S.C. § 2679(d)(1), the United States is hereby substituted for the individual defendants, Ronald Pinheiro and Richard Pari, with respect to any and all causes of action arising under the Federal Tort Claims Act for alleged misconduct arising from the March 10, 2001, incident alleged in the Plaintiffs' Complaint.

The grounds for this substitution are:

1. The plaintiffs have brought an action against Ronald Pinheiro and Richard Pari, employees of the federal government.

2. Pursuant to 28 U.S.C. §§ 2675 and 2679, plaintiff's exclusive remedy for a tort claim against an employee of the United States, acting within the scope of their employment, is an action against the United States under the Federal Tort Claims Act.

3. Pursuant to 28 U.S.C. §§ 2679(d)(1) and (2), and 28 C.F.R. § 15.3 the United States Attorney for the District of Massachusetts has certified that at the time of the conduct alleged, Ronald Pinheiro and Richard Pari were acting within the scope of their employment as employees of the United States. (A copy of the certification is attached hereto as Exhibit A).

4. Upon certification that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a claim arises, any civil action under the Federal Tort Claims Act based on the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant with respect to the state law claims. 28 U.S.C. § 2679(d)(1) and (2).

A draft Order amending the caption of this case to reflect the substitution of the United States as to all claims pursued under the Federal Tort Claims Act is attached hereto for the convenience of this Court.

Respectfully submitted
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263

Dated: 4-22-04

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, <br> Plaintiffs, <br> v. <br><br> RONALD R. PINHEIRO and RICHARD A. PARI, <br> Defendants. | CIVIL ACTION NO. <br><br><br> Formerly: <br> Worcester Superior Court <br> C.A. No. 04-0340C |

## ORDER

The Court having been fully apprised that the United States Attorney has certified that Richard Pari and Ronald Pinheiro were acting within the scope of their employment at the time of the incidents giving rise to this suit, and the Court having been apprised of the substitution of the United States as the defendant on all tort claims pursuant to 28 U.S.C. § 2679(d)(2), it is hereby

ORDERED that the tort claims set forth in the Complaint are dismissed with respect to the individually named federal defendants and

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States.

_____
UNITED STATES DISTRICT JUDGE

DATED: