UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, <br>     Plaintiffs, <br> v. <br><br> RONALD R. PINHEIRO and RICHARD A. PARI, <br>     Defendants. | CIVIL ACTION NO. <br><br><br><br> Formerly: <br> Worcester Superior Court <br> C.A. No. 04-0340C |

CERTIFICATION      04 CV 40057 NMG

I, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679 and by virtue of the authority vested in the United States Attorney by the Attorney General under 28 C.F.R. § 15.3, hereby certify that on the basis of the information now available with respect to the facts alleged in the plaintiff's Complaint, I find that the individual defendants, Ronald Pinheiro and Richard Pari of the Bureau of Prisons, were acting within the scope of their employment and office at the time of the incidents out of which the plaintiff's claim arose.

Respectfully Submitted,

Michael J. Sullivan
United States Attorney

Dated: April 19, 2004