UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, | ) ) ) | CIVIL ACTION NO. 04-40057-NMG |
| Plaintiffs, | ) | |
| v. | ) ) | |
| RONALD R. PINHEIRO and RICHARD A. PARI, | ) ) ) | Formerly: |
| Defendants. | ) ) | Worcester Superior Court C.A. No. 04-0340C |

## **DEFENDANT, UNITED STATES' NOTICE OF FILING STATE COURT PAPERS**

PLEASE TAKE NOTICE that on May 4, 2004, United States of America, by its attorney,

Michael J. Sullivan, United States Attorney for the District of Massachusetts, filed a certified

copy of the state court record in the United States District Court for the District of Massachusetts.

Respectfully submitted,
MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY:

Mark J. Grady
Assistant U. S. Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA  02210
(617) 748-3100

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 4th day of May 2004 service of the foregoing Notice of Filing has been made upon the following by depositing a copy in the United States mail, postage prepaid to: Robert Stone, Esq., PO Box 183, South Deerfield, MA 01373.

Mark J. Grady
Assistant United States Attorney

# Commonwealth of Massachusetts
## County of Worcester
### The Superior Court

RECEIVED
U.S. ATTORNEY

CIVIL DOCKET#: WOCV2004-00340-C

04 APR 33  PH 3: 41

RE:    Lovett-Parsons et al v Pinheiro et al

TO:    Mark J Grady, Esquire
       US Attorney's Office
       One Courthouse Way
       Suite 9200
       Boston, MA 02210

---

### NOTICE OF DOCKET ENTRY

You are hereby notified that on **04/26/2004** the following entry was made on the above referenced docket:

**Notice for Removal to the United States District Court filed by United States of America**

Dated at Worcester, Massachusetts this 30th day of April, 2004.

Francis A. Ford,
Clerk of the Courts

BY: Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

**Commonwealth of Massachusetts**
**WORCESTER SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## WOCV2004-00340
## Lovett-Parsons et al v Pinheiro et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 02/23/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 04/30/2004 | **Session** | C - Civil C (16 Worcester) | | |
| **Origin** | 1 | **Case Type** | B04 - Other negligence/pers injury/pro | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 05/23/2004 | **Answer** | 07/22/2004 | **Rule12/19/20** | 07/22/2004 |
| **Rule 15** | 07/22/2004 | **Discovery** | 12/19/2004 | **Rule 56** | 01/18/2005 |
| **Final PTC** | 02/17/2005 | **Disposition** | 04/18/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Laurie A Lovett-Parsons
Active 02/23/2004

**Private Counsel 644258**
Robert F Stone
PO Box 183
South Deerfield, MA 01373
Phone: 413-369-4421
Active 02/23/2004 Notify

**Plaintiff**
Robert J Parsons
Active 02/23/2004

\*\*\* See Attorney Information Above \*\*\*

**Defendant**
Ronald R Pinheiro
Served: 03/20/2004
Served (answr pending) 03/20/2004

**Defendant**
Richard A Pari
Served: 03/31/2004
Served (answr pending) 03/31/2004

**WORCESTER SUPERIOR COURT**
Case Summary
Civil Docket

## WOCV2004-00340
### Lovett-Parsons et al v Pinheiro et al

| Defendant | Private Counsel 630672 |
|---|---|
| United States of America | Mark J Grady |
| Service pending 04/26/2004 | US Attorney's Office |
| | One Courthouse Way |
| | Suite 9200 |
| | Boston, MA 02210 |
| | Phone: 617-748-3100 |
| | Fax: 617-748-3974 |
| | Active 04/26/2004 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 02/23/2004 | 1.0 | Complaint & civil action cover sheet filed and rule 29 statement-CJ |
| 02/23/2004 | | Origin 1, Type B04, Track F. |
| 02/23/2004 | | Filing fee paid in the amount of $240.00, surcharge in the amount of $15.00 including $20.00 security fee. ($275.00) |
| 04/20/2004 | 2.0 | SERVICE RETURNED: Richard A Pari(Defendant) service made on 3-31-04 (in hand) |
| 04/20/2004 | 3.0 | SERVICE RETURNED: Ronald R Pinheiro(Defendant) service made on 3-20-04 (in hand) |
| 04/26/2004 | 4.0 | Notice for Removal to the United States District Court filed by United States of America |
| 04/30/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 02/24/2005 | Civil C (16 Worcester) | Status: Review Annual Fee Send Notice | |

A true copy by photostatic process
Attest:
Asst. Clerk

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04-0340 C | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

| PLAINTIFF(S) *LAURIE LOVETT-PARSONS AND Robert J. Parsons* | DEFENDANT(S) *Ronald R. Pinheiro and Richard A. Pari* |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE *Robert F. Stone, Esquire P.O. Box 183, South Deerfield, MA 01373* | ATTORNEY (if known) |
| Board of Bar Overseers number: | |

## Origin code and track designation

Place an x in one box only:

- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)

- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO. *B04*

TYPE OF ACTION (specify)    TRACK    IS THIS A JURY CASE?

( )    (✓) Yes    ( ) No

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

## TORT CLAIMS
(Attach additional sheets as necessary)

*Following amounts are estimate and still growing*

A. Documented medical expenses to date:
1. Total hospital expenses ..................................................... $ *7,000.00*
2. Total Doctor expenses ...................................................... $ *2,000.00*
3. Total chiropractic expenses .............................................. $ .
4. Total physical therapy expenses ........................................ $ .
5. Total other expenses (describe) ......................................... $ .

Subtotal $ .

B. Documented lost wages and compensation to date ..................... $ *100,000.00†*
C. Documented property damages to date ..................................... $ .
D. Reasonably anticipated future medical and hospital expenses ........ $ .
E. Reasonably anticipated lost wages ....................................... $ .
F. Other documented items of damages (describe) ........................ $ .

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
*Post traumatic stress disorder and severe emotional distress resulting in total disability and physical harm manifested by objective symptomatology with bodily harm resulting from such distress.*

$ .

TOTAL $ *109,000.00*
*To Date Estimate*

## CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. ............

**PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT**

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record _____    *A true copy by photostatic process*    DATE: *2/23/2004*

Attest: _____

Asst. Clerk

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

*mcme 2/23/04*

# The Commonwealth of Massachusetts
## DEPARTMENT OF THE TRIAL COURT

Worcester, ss

SUPERIOR COURT DEPARTMENT

CIVIL ACTION NO: 04—0340

LAURIE A. LOVETT-PARSONS and
ROBERT J. PARSONS,

PLAINTIFFS,

v.

RONALD R. PINHEIRO and RICHARD A.
PARI,

DEFENDANTS



FILED

F 2 3 2004

ATTEST:

CLERK

## COMPLAINT
## PRELIMINARY STATEMENT

1.　　The plaintiffs Laurie A. Lovett-Parsons (hereinafter referred to as "Plaintiff Lovett-Parsons"), and her spouse Robert J. Parsons (hereinafter referred to as "Plaintiff Parsons") bring this action for damages against the defendants Ronald R. Pinheiro (hereinafter referred to as "Defendant Pinheiro) and Richard A. Pari (hereinafter referred to as "Defendant Pari) jointly and severably for false imprisonment of Plaintiff Lovett-Parsons and intentional infliction of emotional distress upon her, and loss on consortium by Plaintiff Parsons.

2.　　This action is brought against the Defendants because on March 10, 2001 they falsely imprisoned Plaintiff Lovett-Parsons without a privilege to do so, and by their extreme and outrageous conduct intentionally caused her severe emotional stress that has resulted in physical harm to her manifested by objective symptomatology with bodily harm resulting from such distress.

1

3.     As a result of the Defendants' intentional tortious acts against Plaintiff Lovett-Parsons her spouse, Plaintiff Parsons has suffered, and continues to suffer, loss of consortium..

## FACTS COMMON TO ALL COUNTS

4.     The Plaintiffs Lovett-Parsons, and her spouse Plaintiff Parsons, are natural persons residing at 675 Reservoir Road, Lunenburg, Worcester County, Massachusetts 01462.

5.     Defendant Ronald R. Pinheiro is a natural person who is presently believed to reside at 18 Mina Road, Oakdale, Suffolk County, New York 11769 and at all times material hereto was employed in the Commonwealth of Massachusetts at the Federal Medical Center, Devens, Worcester County, Massachusetts where he falsely imprisoned the Plaintiff Lovett-Parsons and intentionally inflicted severe emotional distress upon her that resulted in physical harm manifested by objective symptomatology with bodily harm resulting from such distress.

6.     Defendant Richard A. Pari is a natural person who is presently believed to reside at 54 Middle Street, Worcester County, Leominster, Massachusetts 01453 and all times material hereto was employed in the Commonwealth of Massachusetts at the Federal Medical Center, Devens, Worcester County, Massachusetts where he falsely imprisoned the Plaintiff Lovett-Parsons and intentionally inflicted severe emotional distress upon her that resulted in physical harm manifested by objective symptomatology with bodily harm resulting from such distress.

7.     Defendants Pinheiro and Pari are subject to the jurisdiction of this court pursuant to Mass. Gen. L. ch. 223A, § 3 because the alleged acts took place within the Commonwealth of Massachusetts.

8.     On March 10, 2001 at approximately 1:30 P.M. Plaintiff Lovett-Parsons entered an elevator in the outpatient clinic of the Federal Medical Center, Devens, Worcester, County, Massachusetts.

2

9.    Plaintiff Lovett-Parsons was intentionally and unjustifiably confined in the elevator by Defendants Penheiro and Pari who was the Hospital Control Center Officer at that time.

10.    The Plaintiff Lovett-Parsons was conscious of the intentional and unjustified confinement imposed upon her by the Defendants.

11.    The Plaintiff Lovett-Parsons was harmed by the intentional and unjustified confinement and restraint the Defendants placed upon her.

12.    During her confinement and subsequent release of Plaintiff Lovett-Parsons the Defendants verbally taunted her, yelled at her, made gestures at her, and followed her.

13.    The Defendants' actions caused Plaintiff Lovett-Parsons to suffer severe emotional distress that resulted in physical harm to her manifested by objective symptomatology with bodily harm resulting from such distress.

14.    The emotional distress suffered by Plaintiff Lovett-Parsons resulted in physical harm manifested by objective symptomatology with bodily harm resulting from such distress has caused Plaintiff Lovett-Parsons to suffer loss of income, financial hardship, damaged her family relations, and caused her spouse Plaintiff Lovett-Parsons to suffer loss of consortium.

15.    This is an action for damages which exceeds $25,000.00.

## COUNT 1
## FALSE IMPRISONMENT

16.    The Plaintiffs Lovett-Parsons and Parsons repeat and reallege the allegations contained in Paragraphs 1 through 15 as if fully stated and hereby incorporate the same by reference.

17.    The Defendants' intentional and unjustified confinement of Plaintiff Lovett-Parsons caused her to suffer post traumatic stress disorder which has caused Plaintiff Lovett-Parsons severe emotional distress and physical harm resulting in total disability and loss of employment.

18.    The Defendants' actions have resulted in significant negative impact on Plaintiff Lovett-Parsons ability to work as a registered nurse causing her severe financial injury and emotional

3

and physical harm that has negatively effected the financial well being of her entire family and family relations.

19.    WHEREFORE, Plaintiffs demand judgment for damages against the Defendants for compensatory, consequential, and actual damages plus costs and attorney fees.

## COUNT 2
## INTENTIONAL INFLICTION OF EMOTIONAL STRESS.

20.    The Plaintiffs Lovett-Parsons and Parsons repeat and reallege the allegations contained in Paragraphs 1 through 19 as if fully stated and hereby incorporate the same by reference.

21.    The Defendants intentionally tormented, harassed, and abused the Plaintiff Lovett-Parsons when they knew she was vulnerable to anxiety and stress causing her severe emotional stress when they were not privileged to do so, thereby, causing the Plaintiff Lovett-Parsons to suffer post traumatic stress disorder which has caused her severe emotional distress and physical harm resulting in her total disability and loss of employment.

22.    The Defendants' actions resulted in a significant negative impact on Plaintiff Lovett-Parsons ability to work as a registered nurse causing her severe financial injury and emotional and physical harm that has negatively affected the financial well being of her entire family and family relations.

23.    The Defendants' actions were extreme and outrageous and not tolerated by society.

24.    WHEREFORE, Plaintiffs demand judgment for damages against the Defendants for compensatory, consequential, and actual damages plus costs and attorney fees.

## COUNT 3
## LOSS OF CONSORTIUM

25    The Plaintiffs Lovett-Parsons and Parsons repeat and reallege the allegations contained in Paragraphs 1 through 24 as if fully stated and hereby incorporate the same by reference.

4

26.    Defendants Penheiro and Pari intentionally caused Plaintiff Lovett-Parsons spouse, Plaintiff Parsons, to suffer loss of consortium by the false imprisonment of his spouse Plaintiff Lovett-Parsons, and their intentional infliction of emotional distress upon her.

27.    Defendants Penheiro and Pari intentionally and negligently caused Plaintiff Lovett-Parsons' spouse to suffer emotional stress that has resulted in physical harm manifested by objective symptomatology.

28.    WHEREFORE, the Plaintiffs request this Court to:

    (a)    Enter judgment against the Defendants jointly and severally;

    (b)    Award the Plaintiffs actual damages;

    (c)    Award the Plaintiffs compensatory damages;

    (d)    Award the Plaintiffs consequential damages;

    (e)    Award costs and attorney fees; and

    (f)    Award any other damages to the Plaintiffs the Court deems just and proper.

**PLAINTIFF CLAIMS TRIAL BY JURY AS TO ALL CLAIMS TRIABLE**
Respectfully Submitted
By Plaintiffs Attorney
Robert F. Stone, Esquire

Dated:  February 23, 2004

Signed: _____
Robert F. Stone, Esquire
Attorney at Law
P.O. Box 183
South Deerfield, MA 01373
(413)369-4421
B.B.O. #:  644258

A true copy by photostatic process
Attest: _____
Ass't. Clerk

5

4/20

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FILED**

ATTEST:

*Franc. A. Ford*

CLERK

APR 20 2004

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No.        04-0340C

)
)
LAURIE A. LOVETT-PARSONS and                )
ROBERT J. PARSONS,                          )
                              Plaintiff (s)  )
                                            )        **SUMMONS**
                v.                          )
                                            )
RONALD R. PINHEIRO and RICHARD A. PARI      )
                              Defendant (s)  )
                                            )

✳    To the above-named Defendant:    **RICHARD A. PARI**

        You are hereby summoned and required to serve upon...........**ROBERT F. STONE, ESQ.**

..........................**P.O. Box 183, South Deerfield, MA 01373** ... plaintiff's attorney,

whose address is ................................................................................................................

an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

        Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

        Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the......**23**rd..............

day of ........**February**...................................in the year of our Lord two thousand  and

**Four (2004)**

*Francis A. Ford*

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — photostatic process
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

Asst. Clerk

✳    NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

4/20

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**FILED**

APR 20 2004

~~ATTEST~~

_a. Ford_
CLERK

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No.        04-0340C

LAURIE A. LOVETT-PARSONS and
ROBERT J. PARSONS,

)
)
)
)
)
)
)
)
)
)

Plaintiff (s)

v.

RONALD R. PINHEIRO and RICHARD A. PARI

Defendant (s)

**SUMMONS**

3 ¹.
3

\* To the above-named Defendant:    **RONALD R. PINHEIRO**

You are hereby summoned and required to serve upon **ROBERT F. STONE, ESQ.**

whose address is **P.O. Box 183, South Deerfield, MA 01373**, plaintiff's attorney,
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the....**23**rd
day of .....**February**..........................................in the year of our Lord two thousand  and
**Four (2004)**

_Francis a. Ford_

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

A true copy by photostatic process

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER
_Dulber_
Asst. Clerk

\*      NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

## AFFIDAVIT OF SERVICE

**State of Massachusetts**      **County of WORCESTER**      **Superior Court Court**

Case Number: 04-0340C

Plaintiff:
**LAURIE A. LOVETT- PARSONS AND ROBERT J. PARSONS**
vs.
Defendant:
**RONALD R. PINHEIRO AND RICHARD A. PARI**

For:
ROBERT  F. STONE, ESQ
P.O.Box 183
South Deerfield, MA  01373

Received by STOKES & LEVIN, LLP to be served on **RONALD R. PINHEIRO 18 MINA ROAD, OAKDALE, NEW YORK 11769**.

I, Enrique Almela, being duly sworn, depose and say that on the **20th day of March, 2004** at **7:15 am, I:**

**Personally Served** the within named person with a true copy of this **Summons and Complaint** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served:  Age: 40,  Sex: M,  Race/Skin Color: White,  Height: 5'11,  Weight: 200,  Hair: Brown,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 12th day of April, 2004 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARK C. BROMBERG
Notary Public, State of New York
No. 01BR6069861
Qualified in Nassau County
Commission Expires November 20, 20 04

_____
**Enrique Almela**
Process Servers

**STOKES & LEVIN, LLP**
**27 Glen Street**
**Suite 9 B**
**Stoughton, MA  02072**
**(781) 341-8390**
Our Job Serial Number: 2004000860
Ref: 04-0340
Service Fee: _____

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

A true copy by photostatic process
Attest: _____
Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.

Superior Court Department
CA # 04-0340-C

LAURIE A. LOVETT-PARSONS and    )
ROBERT J. PARSONS,              )
                Plaintiffs,    )
    v.                          )
                         )
RONALD R. PINHEIRO and          )
RICHARD A. PARI,                )
                Defendants.     )
                         )

**FILED**
ATTEST:
APR 2 6 2004
CLER.

## DEFENDANT, UNITED STATES' NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on April 22, 2004, the Defendant, United States of America,[1] by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, filed a Notice of Removal of this action to the United States District Court for the District of Massachusetts. A copy of the certified Notice is attached hereto.

Respectfully submitted,
MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY:
Mark J. Grady
Assistant U. S. Attorney
United States Courthouse
  Suite 9200
1 Courthouse Way
Boston, MA   02210
(617) 748-3100

---

[1]The United States has been substituted for the defendants pursuant to 28 U.S.C. §2679.

A true copy by photostatic process
Attest:
Asst. Clerk