UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, | ) ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 04-40057-NMG |
| v. | ) ) | |
| RONALD R. PINHEIRO and RICHARD A. PARI, | ) ) | Formerly: |
| Defendants. | ) ) | Worcester Superior Court C.A. No. 04-0340C |

## UNITED STATES' ASSENTED TO MOTION TO EXTEND TIME TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING

Now comes the United States to request that the time to file a responsive motion or answer the plaintiff's complaint be extended to June 21, 2004. As grounds therefore, the United States states that the complaint was received by the United States Attorney's Office on March 25, 2004. After a review of the allegations and other materials, the United States certified the conduct of the above captioned defendants under the Westfall Act, 28 U.S.C. § 2679. Consequently, the matter was removed to the United States District Court on April 22, 2004.

A motion to substitute the United States is pending, however, the Plaintiff intends to contest the United States' certification under the Westfall Act.

Recognizing the unique position of government defendants, the Federal Rules ordinarily grant the United States sixty days to answer or file a motion under Rule 12. See Fed. R. Civ. P. 12(a)(3)(A). As the matter has been removed, pursuant to Fed. R. Civ. P. 81(c), the United States now has ten days, up and until May 14, 2004, in which to answer.

The United States requests that the time for filing an answer be extended to June 21, 2004, so that the United States may have its customary sixty days to respond to the Plaintiff's complaint as it makes little sense to punish the United States for exercising its right to remove

and such time is necessary to appropriately respond.

    The Plaintiff's attorney has assented to the United States' request.

                  Respectfully submitted,
                  MICHAEL J. SULLIVAN,
                  UNITED STATES ATTORNEY


BY:    _/s/ Mark J. Grady_____
        Mark J. Grady
        Assistant U. S. Attorney
        United States Courthouse
         Suite 9200
        1 Courthouse Way
        Boston, MA   02210
        (617) 748-3100

**Certificate of Compliance**

I HEREBY CERTIFY that I contacted Plaintiff's counsel relative to the issues raised by this motion. After conference, Plaintiff's counsel assented to this motion.

        _/s/ Mark J. Grady_____
        Mark J. Grady
        Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 5th day of May 2004  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to: Robert Stone, Esq., PO Box 183, South Deerfield, MA 01373.

        _/s/ Mark J. Grady_____
        Mark J. Grady
        Assistant United States Attorney