UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS,<br>　　　　　Plaintiffs,<br>v.<br><br>RONALD R. PINHEIRO and RICHARD A. PARI,<br>　　　　　Defendants. | CIVIL ACTION<br>NO. 04-40057<br><br>Formerly:<br>Worcester Superior Court<br>C.A. No. 04-0340C |

## ORDER

The Court having been fully apprised that the United States Attorney has certified that Richard Pari and Ronald Pinheiro were acting within the scope of their employment at the time of the incidents giving rise to this suit, and the Court having been apprised of the substitution of the United States as the defendant on all tort claims pursuant to 28 U.S.C. § 2679(d)(2), it is hereby

ORDERED that the tort claims set forth in the Complaint are dismissed with respect to the individually named federal defendants and

It is further ORDERED that the caption of this action shall be amended to reflect the substitution of the United States, as the defendant herein.

_/s/ N.M. Gorton_
UNITED STATES DISTRICT JUDGE

DATED: 5/21/04