United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-CV-40057-FDS |
| v. | ) ) | |
| UNITED STATES, substituted for RONALD R. PINHERIO and RICHARD A. PARI, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

**SAYLOR, J.**

(1) On June 2, 2004, plaintiffs Laurie A. Lovett-Parsons and Robert J. Parsons filed an assented-to motion for a "scope of employment" hearing within the meaning of *Nasuti* v. *Scannell*, 792 F.2d 264 (1st Cir. 1986) (Docket No. 7). That motion will be treated as a motion to vacate this Court's Order allowing the United States to be substituted as a defendant in this case (Docket No. 2) and for such a hearing, and is ALLOWED.

(2) The parties have further moved for a conference (Docket No. 7), which motion is also ALLOWED. A scheduling conference will take place at 3:00 p.m. on July 8, 2004. The purpose of the conference will be to discuss a discovery schedule and other matters relating to the "scope of employment" hearing. The parties are directed to confer reasonably in advance of the conference for the purposes of (1) preparing an agenda of matters to be discussed at the conference; (2) preparing a

proposed schedule for discovery relating to the "scope of employment" hearing; and considering whether the parties will consent to have the hearing conducted by a United States Magistrate Judge.  Compliance with Local Rules 16.1(B), (C), and (D) will not be otherwise required in connection with this scheduling conference.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor
United States District Judge

Dated: July 2, 2004