𝔗𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔬𝔣 𝔄𝔪𝔢𝔯𝔦𝔠𝔞

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

FILED IN CLERK'S OFFICE
2004 OCT 27 A 11: 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION
DOCKET NO: 04-CV-40057

LAURIE A. LOVETT-PARSONS and
ROBERT J. PARSONS,
    PLAINTIFFS,

v.                                                Date: October 25, 2004

RONALD R. PINHEIRO and RICHARD A. PARI,

    DEFENDANTS

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND DISCOVERY

NOW COMES THE PLAINTIFF'S, Laurie Lovett-Parsons and her husband Robert J. Parsons, and requests this honorable court extend discovery until December 31, 2004. This request is made because depositions have not yet been taken from defendant Ronald R. Pinherio and Warden David L. Winn due to scheduling constraints.

In accordance with Local Rule 7.1 the undersigned certifies that on or about October 4, 2004 he conferred with the Defendant's counsel, Assistant U.S. Attorney Mark J. Grady, Esq., and discussed this motion to extend discovery. The Defendant's counsel agreed that additional time is needed to properly complete discovery. Therefore, the Defendant assents to Plaintiff's motion to extend discovery.

1

Dated:  October 25, 2004                              Signed: _____
                                                                                                Robert F. Stone, Esquire
                                                                                                Attorney at Law
                                                                                                P.O. Box 183
                                                                                                South Deerfield, MA 01373
                                                                                                (413)369-4421
                                                                                                B.B.O. #:  644258

## CERTIFICATE OF SERVICE

I, Robert F. Stone, Esq., hereby certify that on the 25th day of October 2004 service of the foregoing "Plaintiff's Assented to Motion to Extend Discovery" has been made upon the following by depositing a copy in the United States mail, first class postage prepaid to:

Mark J. Grady, Esq.
Assistant United States Attorney
Suite 9200
1 Courthouse Way
Boston, MA 02210

Clerk of the Court
U.S. District Court
Donohue Federal Building
595 Main Street
Room 502
Worcester, MA 01608

Dated: October 25, 2004                        _____
                                                                           Robert F. Stone
                                                                           Attorney