# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| RONALD R. PINHEIRO and RICHARD A. PARI, | ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 04-40057-FDS

## MEMORANDUM AND ORDER

**SAYLOR, J.**

On October 25, 2004, plaintiffs Laurie Lovett-Parsons and Robert J. Parsons filed an assented-to motion to extend discovery until December 31, 2004. That motion did not address the effect of the extension on other deadlines in the case, which will need to be extended as well. Accordingly, it is hereby ordered that the parties complete limited discovery as to defendants' scope of employment by December 31, 2004. It is further ordered that the parties file stipulated facts by January 15, 2005; that the plaintiff file a motion for summary judgment by February 15, 2005; and that the government file a response to the plaintiff's summary judgment motion by March 10, 2005. A summary judgment hearing will be scheduled, if necessary, after the court receives all of the parties' briefs.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 1, 2004