UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURIE A. LOVETT-PARSONS and | ) | |
| ROBERT J. PARSONS, | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 04-40057-NMG |
| v. | ) | |
| | ) | |
| RONALD R. PINHEIRO and | ) | |
| RICHARD A. PARI, | ) | Formerly: |
| Defendants. | ) | Worcester Superior Court |
| | ) | C.A. No. 04-0340C |

## JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND TO MODIFY THE SCHEDULING ORDER

The parties jointly request an extension of the discovery deadline to January 31, 2005, and a commensurate modification of the briefing and hearing schedule. The discovery deadline has been once previously extended to December 31, 2004.

In support of the motion, the parties state that the deposition of a named defendant, Ronald Pinhiero, had been scheduled to go forward on December 9, 2004. Arranging that deposition had been complicated by the fact that Pinhiero is no longer employed by the Bureau of Prisons and now resides in western New York state. Unfortunately, the closing on the purchase of a new home for undersigned counsel (for the United States) was moved, last minute, from December 3, 2004, to December 9, 2004, requiring that the deposition be continued.

In light of the holidays, it does not appear possible to arrange the deposition of Pinhiero prior to expiration of the present deadline.

Thus, the parties jointly move for a continuance of the discovery deadline to January 31, 2005. The parties reasonably anticipate that the deposition can be schedule and completed within the time requested.

In light of the foregoing, the parties also request that this Court's scheduling order be

modified to reflect this extension.  In this regard, the parties request that:  the deadline to file

stipulated facts be extended to February 15, 2005 (from January 15, 2005); the deadline to file

the plaintiff's motion for summary judgment  be extended to March 15, 2005 (from February 15,

2005); and the deadline to file the United States motion for summary judgment be extended to

April 11, 2005 (from March 10, 2005).

For the foregoing reasons, the parties jointly request that the motion to modify the

scheduling order be allowed.

Respectfully submitted                           Respectfully submitted,
ROBERT STONE                                     MICHAEL J. SULLIVAN,
                                                 UNITED STATES ATTORNEY


 /s/ Mark J. Grady for Robert Stone              BY:    /s/ Mark J. Grady
Robert Stone, Esq.                               Mark J. Grady
PO Box 183                                       Assistant U. S. Attorney
South Deerfield, MA 01373                        United States Courthouse, Suite 9200
(413) 369-4421                                   1 Courthouse Way
                                                 Boston, MA   02210
                                                 (617) 748-3100


**Certificate of Compliance**
I HEREBY CERTIFY that the parties jointly agreed to the relief requested by way of this motion.
                      _/s/ Mark J. Grady_____
                          Mark J. Grady
                          Assistant United States Attorney


**Certificate of Service**
IT IS HEREBY CERTIFIED that on this 27th day of December 2004  service of the foregoing
Motion  has been made upon the following by depositing a copy in the United States mail, postage
prepaid to: Robert Stone, Esq., PO Box 183, South Deerfield, MA 01373.

                      _/s/ Mark J. Grady_____
                          Mark J. Grady
                          Assistant United States Attorney