UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, | ) ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 04-40057-FDS |
| v. | ) ) | |
| RONALD R. PINHEIRO and RICHARD A. PARI, | ) ) | Formerly: |
| Defendants. | ) ) | Worcester Superior Court C.A. No. 04-0340C |

### JOINT MOTION TO EXTEND TIME TO FILE STIPULATED FACTS BUT OTHERWISE MAINTAIN THE ESTABLISHED BRIEFING SCHEDULE

The parties jointly request an extension of a single aspect of the present scheduling order such that the parties agreed facts be due on or before March 15, 2005, the date upon which the Plaintiff's memorandum of law is presently due. This modification would not in any way delay the disposition of this matter as the briefing schedule remains unchanged.

By way of an order dated, December 28, 2004, this Court established the following scheduling order: the deadline to file stipulated facts is February 15, 2005; the deadline to file the plaintiff's motion for summary judgment is March 15, 2005; and the deadline to file the United States motion for summary judgment is April 11, 2005.

The parties jointly request that the order be modified to allow the parties until March 15, 2005, to file stipulated facts. The requested extension will not delay disposition and the extension is requested in good faith.

| | |
|---|---|
| Respectfully submitted | Respectfully submitted, |
| ROBERT STONE | MICHAEL J. SULLIVAN,<br>UNITED STATES ATTORNEY |
| /s/ Mark J. Grady for Robert Stone<br>Robert Stone, Esq.<br>PO Box 183<br>South Deerfield, MA 01373<br>(413) 369-4421 | BY:   /s/ Mark J. Grady<br>Mark J. Grady<br>Assistant U. S. Attorney<br>United States Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA   02210<br>(617) 748-3100 |

**Certificate of Compliance**

I HEREBY CERTIFY that the parties jointly agreed to the relief requested by way of this motion.
_/s/ Mark J. Grady_____
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 15th day of February 2005  service of the foregoing Motion  has been made upon the following by depositing a copy in the United States mail, postage prepaid to: Robert Stone, Esq., PO Box 183, South Deerfield, MA 01373.

_/s/ Mark J. Grady_____
Mark J. Grady
Assistant United States Attorney