UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS, | ) ) | CIVIL ACTION NO. |
| Plaintiffs, | ) | 04-40057-FDS |
| v. | ) ) | |
| RONALD R. PINHEIRO and RICHARD A. PARI, | ) ) | Formerly: |
| Defendants. | ) ) | Worcester Superior Court C.A. No. 04-0340C |

## JOINT MOTION TO EXTEND TIME TO FILE MEMORANDUM AND STIPULATED FACTS

The parties jointly request one final extension of the briefing schedule established by this Court on the ground that the parties jointly agree that there now appears a substantial likelihood that the matter will be resolved without the need for further action by the Court.

As an initial matter, the parties have agreed that Richard Pari was not involved in the incident underlying the Plaintiffs' Complaint and that the scope certification as to Richard Pari was appropriate. A stipulation of dismissal as to Pari is filed herewith.

Second, the parties have a present agreement *in principle* that the disputed actions by Ronald Pinhiero and Brian Infantino (the unnamed correction officer actually involved in the incident in question) were acting within their regularly performed duties. An agreement that the actions in dispute were within the scope of employment would result in the agreed dismissal of this action.[1]

The parties have encountered issues with regard to stipulated facts as the Plaintiff has an

---

[1] If the actions were within scope than the United States is substituted as the defendant in this action. See 28 U.S.C. § 2679. The Plaintiff concedes that no administrative claim, a jurisdictional prerequisite to a civil action against the United States, was filed. See 28 U.S.C. § 2675(a).

additional claim outstanding against the Bureau of Prisons under Title VII. That action is presently in the administrative process. Thus, the parties have sought to reach agreement as to factual disputes in a context in which both parties wish to insure that any factual admissions do not impede either a claim or defense in the pending Title VII action.

The issues remaining do not appear to be ones that would preclude and agreed disposition of this matter without the need for further action of this Court. The depositions of the Plaintiff, and Ronald Pinhiero were conducted on February 23, 2005.[2] The parties are awaiting the return of transcripts and errata sheets from the deposition testimony of the witnesses in this action so that factual stipulations need not be based upon respective counsel's memory of the testimony.

By way of an order dated, December 28, 2004, this Court established the following scheduling order: the deadline to file stipulated facts is February 15, 2005,[3] the deadline to file the Plaintiff's motion for summary judgment is March 15, 2005; and the deadline to file the United States motion for summary judgment is April 11, 2005.

The parties jointly request that the order be modified to allow the parties until April 20, 2005, to file stipulated facts and the Plaintiff's motion for summary judgment and until April 30, 2005, for the United States to file its motion for summary judgment.

The instant continuance is in the interest of judicial economy as it appears that, given the requested extension, the matter will be resolved without the need for any further action by this Court.

---

[2] The depositions had been scheduled to go forward on December 9, 2004, but were cancelled at the last moment because the closing on a new home for undersigned counsel for the United States was unexpectedly delayed due to the rescheduling of the closing of the sale of undersigned counsel's prior home due to problems with the purchasers' financing.

[3] That aspect was amended to allow the parties to file stipulated facts on or before March 11, 2005.

The parties agree that there shall be no further continuances to the scheduling order in this action.

| | |
|---|---|
| Respectfully submitted | Respectfully submitted, |
| ROBERT STONE | MICHAEL J. SULLIVAN,<br>UNITED STATES ATTORNEY |
| /s/ Mark J. Grady for Robert Stone<br>Robert Stone, Esq.<br>PO Box 183<br>South Deerfield, MA 01373<br>(413) 369-4421 | BY:   /s/ Mark J. Grady<br>Mark J. Grady<br>Assistant U. S. Attorney<br>United States Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA  02210<br>(617) 748-3100 |

**Certificate of Compliance**

I HEREBY CERTIFY that the parties jointly agreed to the relief requested by way of this motion.
  _/s/ Mark J. Grady_____
  Mark J. Grady
  Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 30th day of March 2005  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to: Robert Stone, Esq., PO Box 183, South Deerfield, MA 01373.

  _/s/ Mark J. Grady_____
  Mark J. Grady
  Assistant United States Attorney