UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAURIE A. LOVETT-PARSONS and<br>ROBERT J. PARSONS,<br>　　　　　Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04-40057-FDS<br><br><br>Formerly:<br>Worcester Superior Court<br>C.A. No. 04-0340C |

**STIPULATION OF PARTIAL DISMISSAL**

　　　　Pursuant to Fed. R. Civ. P. 41, the Parties hereby stipulate to the dismissal of claims against Richard Pari (or claims based upon alleged conduct of Richard Pari to which the United States has been substituted) with prejudice and without costs or fees to either party as it is agreed that Richard Pari in no way participated in the conduct in question.

| | |
|---|---|
| Respectfully submitted<br><br>ROBERT STONE<br><br><br> /s/ Mark J. Grady for Robert Stone <br>Robert Stone, Esq.<br>PO Box 183<br>South Deerfield, MA 01373<br>(413) 369-4421 | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN,<br>UNITED STATES ATTORNEY<br><br>BY:　 /s/ Mark J. Grady <br>Mark J. Grady<br>Assistant U. S. Attorney<br>United States Courthouse, Suite 9200<br>1 Courthouse Way<br>Boston, MA   02210<br>(617) 748-3100 |