UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE A. LOVETT-PARSONS and ROBERT J. PARSONS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, substituted for RONALD R. PINHERIO and RICHARD A. PARI,<br><br>Defendants. | Civil Action No.<br>04-40057-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On May 4, 2005, the parties filed an "Agreed Upon Withdrawal of the Plaintiff's Challenge to the United States Attorney's Scope Certification and Agreement for Dismissal." In this filing, the parties stipulate that: (1) the United States is substituted as the party defendant under 28 U.S.C. §§ 2675 and 2679; (2) the plaintiffs' tort claims are time-barred by the statute of limitations of the Federal Tort Claims Act, 28 U.S.C. §§ 2671 et seq.; and (3) the plaintiffs' claims should be dismissed.

Accordingly, the Court hereby ORDERS that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 6, 2005.